11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



| | |
|---|---|
| Joy Maraio-Wilhoit, | * From the 318th District Court of Midland County, Trial Court No. FM61934. |
| Vs. No. 11-18-00312-CV | * February 4, 2021 |
| Ronald Edwin Wilhoit, | * Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is modified as follows: (1) the phrase "subject to the following" in paragraph one of the "Attorney's Fees" section of the final decree is stricken; (2) paragraphs 2 through 6 of the "Attorney's Fees" section of the final decree are stricken; and (3) the final decree shall recite: "Save for the fees owed to Hal Brockett, Brockett & McNeel, LLP as provided in the MSA, each party shall be responsible for the payment of all attorney's fees, expenses, and costs incurred by them as a result of their respective legal representation in this case." The judgment of the trial court is affirmed as modified. The costs incurred by reason of this appeal are taxed against Joy Maraio-Wilhoit.